# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| CARMEN R. POTTS, | |
| Plaintiff, | Case No. 1:23-cv-00081-HYJ-RSK |
| v. | |
| P&B CAPITAL GROUP, LLC, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that CARMEN R. POTTS Plaintiff") hereby notifies the Court that Plaintiff and Defendant, P&B CAPITAL GROUP, LLC, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 3rd day of March 2023.

*/s/ Nathan C. Volheim*
Nathan C. Volheim, #6302103
Sulaiman Law Group, Ltd.

1

2

          2500 S. Highland Avenue, Suite 200
          Lombard, IL 60148
          Phone: (630) 575-8181 x113
          Fax: (630) 575-8188
          nvolheim@sulaimanlaw.com
          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

          */s/ Nathan C. Volheim*
          Nathan C. Volheim