UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARMEN R. POTTS,

      Plaintiff,

                            Case No. 1:23-cv-81

v.

                            Hon. Hala Y. Jarbou

P&B CAPITAL GROUP, LLC,

      Defendant.

_____/

## **ORDER**

      The Court having been advised on March 3, 2023 of the parties' agreement to settle this matter, by a Notice of Settlement (ECF No. 5), filed ,

      **IT IS ORDERED** that appropriate stipulated dismissal papers, prepared for entry by Chief United States District Judge Hala Y. Jarbou, shall be filed with the Court on or before **May 2, 2023**.  If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case shall be dismissed with prejudice and without costs, pursuant to W.D. Mich. LCivR 41.1.

Dated: March 6, 2023 _____

                          /s/ Hala Y. Jarbou _____
                          HALA Y. JARBOU
                          CHIEF UNITED STATES DISTRICT JUDGE